UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Zakariya Abdikarim, | Case No. 24-CV-03483 (JMB/LIB) |
| Plaintiff, | |
| v. | **ORDER** |
| Christina M. Galewski, *Assistant States Attorney*; Marie Elberon, *Ottertail States Attorney*, | |
| Defendants. | |

Zakariya Abdikarim, Fargo, ND, self represented.

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge Leo I. Brisbois dated October 17, 2024. (Doc. No. 4.) The R&R recommends that Plaintiff Zakariya Abdikarim's claims be dismissed under Federal Rule of Civil Procedure 41(b) for failure to prosecute. (*See id.*) Neither party has objected to the R&R, and the time to do so has now passed. See D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The R&R (Doc. No. 4) is ADOPTED.

2.   The Court dismisses this action without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 2, 2024                                    /s/ *Jeffrey M. Bryan*
                                                           Judge Jeffrey M. Bryan
                                                           United States District Court